UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAREL FF, LP,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>AMADEUS 140 LLC; HAROUTIUN DERDERIAN; 37 TOWNHOUSE LENDER LLC; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY DEPARTMENT OF FINANCE; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; and JOHN DOE #1 THROUGH JOHN DOES #12,<br><br>                              Defendants. | 20 Civ. 5828 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

There is currently an initial pretrial conference scheduled in this action for October 22, 2020. However, only two Defendants have appeared as of yet. Given that the majority of Defendants have not yet appeared, the Court believes it premature to hold a conference in this action. Accordingly, the Court ADJOURNS the initial pretrial conference *sine die*.

SO ORDERED.

Dated:  October 13, 2020
        New York, New York

                                                        _____
                                                         KATHERINE POLK FAILLA
                                                         United States District Judge