UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HAREL FF, LP,

                Plaintiff,

     -against-

AMADEUS 140 LLC, HAROUTIUN DERDERIAN A/K/A HARRY DERDERIAN, 37 TOWNHOUSE LENDER LLC, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, "JANE DOE" (REFUSED NAME), "JOHN DOE" (REFUSED NAME) and "JANE" DERDERIAN (REFUSED FIRST NAME),

                Defendants.
------------------------------------------------------------------x

Civil Case No.: 1:20-cv-05828-KPF

**WRIT OF ASSISTANCE**

TO THE SHERIFF OF NEW YORK COUNTY,
GREETINGS:

Upon the Stipulation dated May 31, 2022 (the "Stipulation") by and between Plaintiff, Harel FF, LLP (the "Plaintiff"), Amadeus 140 LLC (the "Borrower") Haroutiun Derderian Sr., ("Derderian Sr.") Ekaterina Derderian ("E. Derderian"), John Derderian ("J. Derderian") and Haroutiun Derderian Jr. ("Derderian Jr.", and together with Borrower, Derderian Jr, E. Derderian, and J. Derderian, collectively, the "Occupants") and HFFSPV 2022, LLC (the "Owner" and together with the Plaintiff and Occupants, the "Parties") that pursuant to Federal Rule of Civil Procedures Fed R. Civ. P. 70(d) and New York Real Property Actions and Proceeding Law §221

the Occupants having consented to a writ of assistance; and upon all of the proceedings had herein, this Court finds that:

**NOW,** on Motion of Kriss & Feuerstein, LLP, attorneys for Plaintiff, it is hereby

**ORDERED**, that Plaintiff's Motion is granted on consent; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the United States Marshal, the New York City Sheriff and/or the New York City Marshal in the County of New York, be and is hereby ordered upon receipt of a certified copy of this Writ to enter upon the Property and eject therefrom Occupants, and every other person holding the same, or any part thereof, under the said Occupants and adversely to Owners, and to put Owner into possession of the Property occupied by said Occupants or persons holding under them, and that this Order be executed by the Sheriff as through it were an executed for the delivery for the Property.

**ORDERED, ADJUDGED AND DECREED**, that execution of this Writ shall be stayed until June 30, 2022.

ENTER: *Katherine Polk Failla*
_____
Hon. Katherine Polk Failla, U.S.D.J.

Dated:   May 31, 2022
         New York, New York